IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO KENDRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case no. 23-cv-04950 |
| | ) |
| v. | ) |
| | ) Honorable John Robert Blakey |
| DAVID GOMEZ, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' THIRD MOTION FOR AN EXTENSION OF TIME TO COMPLETE DISCOVRY FOR 15 DAYS**

Defendant, David Gomez, by and through his attorney, Kwame Raoul, Attorney General for the State of Illinois, submits this motion to extend discovery for 15 days, and in support thereof, states as follows:

1. On May 5, 2025, this Honorable Court granted defendants' motion for extension of time to complete discovery and extended discovery to May 30, 2025. Dkt. 54.

2. Defendant Gomez's answers to Plaintiff's first set of interrogatories were served on May 20, 2025. Defendant Lopez's answers to Plaintiff first set of interrogatories were served on May 20, 2025. Defendant Gomez served his responses to Plaintiff's first set of requests for production on May 20, 2025. Defendant Lopez served his responses to Plaintiff's first set of requests for production on May 20, 2025.

3. On May 30, 2025, Defendant Lopez served his supplemental responses to Plaintiff's first set of requests for production on May 30, 2025.

4. The undersigned is waiting on confirmation of the existence of documents related to one of Plaintiff's requests for production for Defendant Gomez. Should such documents exist, Defendant Gomez will need to supplement his responses to Plaintiff's request.

5. Defendants respectfully request that discovery be extended by 15 days up to and including June 14, 2025.

**WHEREFORE**, Defendant David Gomez respectfully requests that this Court enter an order extending discovery for 15 days up to and including June 14, 2025, and for such other relief this Court deems just and proper.

Dated: May 30, 2025

Respectfully submitted,

**KWAME RAOUL**  
Attorney General of Illinois

By: */s/Patricia Brito Salazar*  
PATRICIA BRITO SALAZAR  
Assistant Attorney General  
Office of the Attorney General  
General Law Bureau  
115 S LaSalle St.  
Chicago, Illinois 60603  
(224) 271-0017  
p.britosalazar@ilag.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 30, 2025, the foregoing document with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system. All participants are registered users who will be served by the CM/ECF electronic filing system.

The undersigned further certifies that she mailed a copy to the pro-se Plaintiff at the following address via USPS:

Antonio Kendrick (R-51546)
Shawnee Correctional Center
6665 State Route 146 East
Vienna, IL 62995

*/s/ Patricia Brito Salazar*
PATRICIA BRITO SALAZAR