PC SCAN



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTONIO KENDRICK
PLAINTIFF,

V.

DAVID GOMEZ, et.al.,
DEFENDANTS

Case No. 23 cv 4950

Hon. Judge John Robert Blakey

Plaintiff's First Motion For An Extension of Time
To Complete Discovery for 45 Days

1. On May 26, 2025, the Plaintiff received the following documents via USPS:
-Defendant Gomez's Answers to Plaintiff's First Set of Interrogatories;
-Defendant Lopez's Answers to Plaintiff's First Set of Interrogatories;
-Defendant Gomez's Response to Plaintiff's First set of Requests
 For Production of Documents; and
-Defendant Lopez's Response to Plaintiff's First Set of Requests
 For Production of Documents

2. On June 05, 2025, the Plaintiff received Defendant Lopez's supplemental responses to Plaintiff's First set of Requests for Production of Documents.

3. Exercising due diligence, the Plaintiff on June 03, 2025 served Defendants with the following supplemental discovery requests:
-Plaintiff's Second Set of Interrogatories for Defendant Gomez;
-Plaintiff's Second set of Interrogatories for Defendant Lopez; and
-Plaintiff's Second Request for Production for Defendant Lopez

4. The Plaintiff served the second set of discovery requests in response to the Defendants' answers/responses to his discovery requests citing vagueness and a lack of specificity to his requests.

5. The plaintiff respectfully requests that the discovery be extended 45 days up to and including July 29,2025. Because it took the Plaintiff almost 4 months to receive his discovery requests, 45 days should be more than enough time for defendants to comply with Plaintiff's supplemental discovery requests.

Wherefore, Plaintiff, Antonio Kendrick, respectfully requests that this Court enter an order extending discovery for 45 days up to and including July 29,2025 and for such other relief this Court deems proper.

Date: 6/10/25

Respectfully submitted,

Antonio Kendrick #R51546
Shawnee Corr.Ctr.
6665 State Rt.146 E
Vienna, IL 62995

CERTIFICATE OF SERVICE

The Plaintiff, hereby, certifies that on June 10,2025, the foregoing document was e-filed to the Clerk of the Court for the Northern District of Illinois from the Shawnee Corr.Ctr.
The Plaintiff, further, certifies that he mailed a copy to the Defendants' counsel at the address below via USPS.

Patricia Brito Salazar
Asst.Attorney General
OFFICE OF THE Attorney General
115 S.LaSalle St.
Chicago, IL 60603